# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

January 5, 2001

Before

Hon. Richard A. Posner, Circuit Judge

Hon. Frank H. Easterbrook, Circuit Judge

Hon. Terence T. Evans, Circuit Judge

Nos. 00-3004 and 00-3006

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>    v.<br><br>KENNETH P. KONTNY and JO ANN<br>L. KONTNY,<br>    Defendants-Appellants. | Appeals from the United States District<br>Court for the Western District<br>of Wisconsin.<br><br>No. 00 CR 4<br><br>John C. Shabaz,<br>Chief Judge. |

**Order Correcting Opinion**

The slip opinion in this case issued on January 4, 2001, is corrected as follows:

P. 6, eighth line: "argued" is changed to "argue".

P. 8, seventh line before last paragraph break: "had firm indications" is changed to "did not have firm indications".

SO ORDERED.